UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME AYALA GALVEZ,<br>Petitioner<br>v.<br>WILLIAM MUNIZ, Warden,<br>Respondent. | Case No. CV 16-7626-AG (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: 9/16/18

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE